UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-80095-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JASON GANTON**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 64]. On July 29, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Information pursuant to a written plea agreement and stipulated factual proffer [ECF No. 1; ECF No. 61]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 64]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 64] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Jason Ganton as to Count One of the Information is **ACCEPTED**;

3. Defendant Jason Ganton is adjudicated guilty of Count One of the Information, which charges him with conspiracy to commit wire fraud in violation of Title 18, United States

CASE NO. 20-80095-CR-CANNON

Code, Section 1341.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of August 2021.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:	counsel of record